IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REV. RYAN "SASHA" GALLAGHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-2250-K |
| | § | |
| FBI, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the FBI's motion to dismiss [Dkt. No. 7] is GRANTED; this action is DISMISSED without prejudice for lack of subject matter jurisdiction; and the Court AMENDS the SANCTION previously imposed on Plaintiff and hereby BARS him from proceeding either *in forma pauperis* or *pro se* as to any future action in this Court—whether filed in this Court, filed in state court and removed to this Court, or filed in another federal court and transferred to this Court—without first obtaining leave of the Court.

SO ORDERED.

Signed October 16th, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE